Daniel KING, Petitioner

v.

RIVERWATCH CONDOMINIUM OWNERS ASSOCIATION, Respondent

No. 605 MAL 2016

Supreme Court of Pennsylvania.

Dec. 28, 2016

## ORDER

PER CURIAM

AND NOW, this 28th day of December, 2016, the Petition for Allowance of Appeal is denied.